# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

MARCELLUS HARLAN,            )
                             )
    Plaintiff,               )
                             )
VS.                          )  No. 04-1218-T/An
                             )
CORRECTIONS CORPORATION OF   )
AMERICA, ET AL.,             )
                             )
    Defendants.              )

## ORDER DEFERRING MOTIONS TO AMEND AND SUPPLEMENT COMPLAINT

Plaintiff Marcellus Harlan filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. Since the filing of the original complaint, plaintiff has filed several motions to amend his complaint and/or file a supplemental complaint, pursuant to Federal Rule of Civil Procedure 15(a) and (d). On February 15, 2005, the Magistrate Judge issued an order denying three of those motions[1] without prejudice to refiling after the case is screened as required by 28 U.S.C. § 1915(e)(2) and § 1915A. However, that order did not address the motions for leave to file a supplemental complaint, filed on November 29, 2004.

As this case is still in the screening process, it will be more efficient to address all of the motions to amend and supplement, including those denied without prejudice by the

---

[1] The three motions denied without prejudice were a Motion to Amend and a Motion to Amend Complaint to Add Defendants, both of which were filed on September 17, 2004, (doc. #4 - #5), and a Motion to Amend Relief Sought in Complaint (doc. #6), filed on September 20, 2004.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 09-26-05

Magistrate Judge, in the initial screening order rather than requiring the plaintiff to re-file them after screening is completed.

Therefore, all of the plaintiff's motions to amend and to supplement the complaint, (docs. #4, #5, #6, #9 and #10) are hereby DEFERRED. These motions will be addressed in the order screening this case.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_23 September 2005_
DATE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:04-CV-01218 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Marcellas Harlan
WCFA
211002
P.O. Box 679
Whiteville, TN 38075

Andrew Young
Hardeman County Correctional Facility
90078
P.O. Box 549
Whiteville, TN 38075

Kevin Hooks
HARDEMAN COUNTY CORRECTIONAL FACILITY
151798
P.O. Box 549
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT