# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

MARCELLUS HARLAN,            )
                             )
    Plaintiff,               )
                             )
VS.                          )          No. 04-1218-T/An
                             )
CORRECTIONS CORPORATION OF   )
AMERICA, ET AL.,             )
                             )
    Defendants.              )

---

## ORDER DENYING MOTION FILED 11/12/04 (DOC. #8)

---

Plaintiff Marcellus Harlan filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. At the time the complaint was filed, plaintiff was an inmate at the Hardeman County Correctional Facility. Following his transfer to the Southeastern Tennessee State Regional Correctional Facility ("STSRCF"), plaintiff filed a document in which he stated that it was STSRCF policy that all outgoing mail, including legal mail, had to be sent out unsealed. Plaintiff asks the Court to order the STSRCF Warden, Virginia Lewis, to allow him to send out his legal mail sealed.

It appears that plaintiff's motion may be moot, as the Tennessee Department of Correction website shows that plaintiff's current location is the Whiteville Correctional Facility. In any event, the Court declines to issue the requested order, as Warden Lewis is

not currently a party to this case,[1] and the circumstances surrounding the requirement that plaintiff's legal mail be sent unsealed are not clear.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 September 2005
DATE

---

[1] Plaintiff has filed various motions to amend and supplement his complaint, in one of which he seeks to add STSRCF Warden Lewis as a defendant. In a separate order, the Court has stated that those motions will be addressed in the order screening this case.

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:04-CV-01218 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Marcellas Harlan
WCFA
211002
P.O. Box 679
Whiteville, TN 38075

Andrew Young
Hardeman County Correctional Facility
90078
P.O. Box 549
Whiteville, TN 38075

Kevin Hooks
HARDEMAN COUNTY CORRECTIONAL FACILITY
151798
P.O. Box 549
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT