# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

MARCELLAS HARLAN

**JUDGMENT IN A CIVIL CASE**

v.

SHELIA MARTIN, et al.

CASE NUMBER: 04-1218-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/30/05, the docket is AMENDED to remove plaintiffs Hooks, Young and Cartwright. Plaintiff's motions to amend filed on 09/17/04 (docket entries #4 and #5) are GRANTED. The motion to amend filed on 09/20/04 (docket entry #6) is GRANTED. The two motions to file a supplemental complaint filed on 11/29/04 (docket entries #9 and #10) are DENIED. Plaintiff must pay the full $150 filing fee as directed in the order assessing said fee, entered on 11/30/05. This case is hereby DISMISSED for failure to exhaust administrative remedies. It is further CERTIFIED that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal by plaintiff is not taken in good faith and plaintiff may not proceed on appeal *in forma pauperis*. If the plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in <u>McGore v. Wigglesworth</u>, 114 F.3d 601, 610-11 (6th Cir. 1997) and 28 U.S.C. § 1915(a)-(b).

APPROVED:

*/s/ James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

12/1/05       BY: C. Herd
DATE                 DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-05-05

(18)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:04-CV-01218 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Marcellas Harlan
WCFA
211002
P.O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT